HENRY HOCHESTETTER, Appellant, v. ADOLPH LOHMAR, Respondent.— Order dismissing plaintiff's complaint for failure to prosecute, granting judgment for defendant and canceling defendant's bail bond affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of One Hundred and Twenty-fifth (Sixteenth) Street from Twenty-third (Seventh) Avenue to Twenty-fifth (Eighth) Avenue and One Hundred and Twenty-sixth (Seventeenth) Street from Twenty-third (Seventh) Avenue to Twenty-fifth (Eighth) Avenue, in the Borough of Queens, City of New York. SUSANNAH KRAEMER, Appellant; THE CITY OF NEW YORK, Respondent.— Proceeding in condemnation for the opening of certain streets, including One Hundred and Twenty-sixth street, borough of Queens, from Twenty-third avenue to Twenty-fifth avenue. An award was made for nominal damages. Appellant claims the right to substantial damages on the theory of adverse possession. The claim is not a valid one. (Matter of Village of Olean v. Steyner, 135 N. Y. 341; Smyles v. Hastings, 22 id. 217.) Final decree, in so far as appealed from, unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of COUNTY OF WESTCHESTER, by WESTCHESTER COUNTY PARK COMMISSION, Organized and Existing under and in Pursuance of Chapter 292 of the Laws of 1922 of the State of New York and the Acts Amendatory Thereof and Supplemental Thereto, Appellant, to Acquire Title to Lands of JOHN A. MILLER and PEARL MILLER, His Wife, Respondents, and Others, Defendants.— Order in condemnation proceedings in so far as it denies that part of a motion, made by the county of Westchester, which asks to offset against the interest due on the award an amount as rent for the use and occupation of the property taken equal to the interest on the award from the 26th day of March, 1928, the date of vesting title, to the 31st day of January, 1934, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THOMAS P. FLANAGAN, Appellant, for an Order of Mandamus against RAYMOND V. INGERSOLL, Borough President of the Borough of Brooklyn, in the City of New York, Respondent.— Order denying the motion of the petitioner for an order of mandamus directing the borough president of Brooklyn to reinstate petitioner in his position as commissioner of buildings for said borough unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.